74,261-03

DAVID S. MUSGROVE
1481351 ALLRED UNIT
2101 FM 369 NORTH
IOWA PARK, TEXAS 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

FEBRUARY 12 2015

HONORABLE SUSAN HUGHES
COOKE COUNTY DISTRICT CLERK
101 SOUTH DIXON, ROOM 207
GAINESVILLE, TEXAS 76240

RE; OBJECTIONS IN CAUSE NO. CR06-181B   &   WRIT NO. WR-74,261-03

Dear Ms. Hughes,

    Please find enclosed the applicant's objection to the states refusal to answer and failure to be in compliance, in the above listed cause number. Please also find the applicant's objection to the courts refusal to hold a hearing on controverted facts, also in the above listed cause numbers.

Please file these with the court in the above listed writ no. and forward them accordingly. I have sent a copy to the courts in Austin as listed in the attached certificate of service.

Please also return a file stamped copy of both, as well as a copy of this letter, as soon as is possible, as this is a time sensitive matter. I have enclosed a self addressed postage envelope for your convinence.

Your time, help, and understanding in this matter is most greatly appreciated. Thank you, and have a beautiful day!

Sincerely,

David Musgrove

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

WRIT NO. WR-74,261-03

| DAVID SCOTT MUSGROVE II | § | IN THE 235th DISTRICT COURT |
| EX PARTE | § | OF COOKE COUNTY, TEXAS |
| | § | Tr.Ct.NO. CR06-181B |

---

APPLICANT'S OBJECTION TO THE CONVICTING COURTS REFUSAL TO
HOLD A HEARING ON CONTROVERTED FACTS UNDER
TEX. CODE OF CRIM. PROC. § 11.07 SECTION 3(C)

---

TO THE HONORABLE JUDGES OF SAID COURT;

Comes Now, DAVID SCOTT MUSGROVE II, herein after referred to as the applicant,and will show the court the following in support of this,his objection to the courts failure to hold a hearing.

I.

The applicant has submitted evidence that creates doubt as to the efficacy of the verdict. The state never disputed that fact,nor did the state deny or oppose the allegations or claims by applicant.

II.

The Texas code of Criminal Procedure § 11.07 section 3(C) states; "It shall be the duty of the convicting court to decide whether there are 'controverted',previously unresolved facts material to the legality of the applicant's confinement"

## III.

If the state admits none of the matters alleged in the application for a writ of habeas corpus, they are deemed denied according to the Tex.C.C.P. art.11.07 3(b) yet "IF" deemed denied, then the allegations "ARE" controverted. If the controverted allegations of fact in an application for a writ of habes corpus are material, an implicit finding pursuant to the TEXAS CODE of CRIMINAL PROCEDURE art. 11.07 sec. 3(c) that there are no controverted, previously unresolved facts material to the legality of the applicant's confinement is obviously an abuse of discretion in the absence of a statement of facts from an evidentiary hearing or findings of fact to show that the issues have been resolved.

## IV.

The state in this cause never disputed or denied any of the claims presented to the court. Furthermore the court never disputed the allegations presented, either by a hearing or by way of findings of fact.

## V.

Applicant therefore objects to the implicit finding by the trial court of Cooke COunty Texas that there were no controverted, previously unresolved facts material to the legality of applicant's confinement.

Respectfully Submitted,

David S. Musgrove, applicant prose

page 2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing
objection to the convicting courts refusal to hold a hearing on
controverted facts, has been sent by First class mail,postage paid
to the following parties;

HONORABLE SUSAN HUGHES

COOKE COUNTY DISTRICT CLERK

COOKE COUNTY COURTHOUSE

101 SOUTH DIXON, ROOM 207

GAINESVILLE, TEXAS 76240


HONORABLE ABEL ACOSTA

COURT OF CRIMINAL APPEALS CLERK

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711


Placed in the prison mailbox,U.S. mail, on this the 12th day of February
2015.

/s/ David Musgrove

David S. Musgrove,prose

CC;file/dsm

page 3